

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Tikie Jones v. The State of Texas

Appellate case numbers:  01-22-00585-CR and 01-22-00586-CR

Trial court case number:  1682295 and 1682296

Trial court:            184th District Court of Harris County

      By order dated December 1, 2022, this Court abated the appeal and remanded to the trial court for appointment of counsel. On December 13, 2022, appointed counsel filed a motion to lift the abatement and reinstate the appeal.

      The motion to reinstate is **granted**. The abatement is **lifted** and the appeal is **reinstated** on the active docket. Appellant's brief is due **within 30 days of the date of this order.**

      It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                  ☑ Acting individually    ☐ Acting for the Court


Date: ___December 20, 2022_____